IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DR. JIANLI YANG, | )<br>)<br>) |
| *Plaintiff*, | )<br>) |
| vs. | ) Civil Action No. 1:19-cv-01355-RBW |
| TA KUNG PAO, | )<br>)<br>) |
| *Defendant*. | )<br>) |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, Dr. Jianli Yang and Defendant Ta Kung Pao, by their undersigned counsel, pursuant to Federal Rule of Civil Procedure 41, stipulate and agree to dismiss this action with prejudice, with each party to bear its own costs, attorneys fees, and expenses.

Respectfully submitted,

Date: February 25, 2022

/s/ Daniel S. Ward

Daniel S. Ward (DC Bar # 474339)
WARD & BERRY PLLC
1751 Pinnacle Drive
Suite 900
Tysons, VA 22102
Phone: (202) 331-8160
dan@wardberry.com

*Counsel for Plaintiff*

Dated: February 25, 2022	GREENBERG TRAURIG, LLP

By: _____
Michael A. Pusateri
(Bar ID: 1005363)
2101 L Street, N.W., Suite 1000
Washington, D.C. 20037
Tel: (202) 331-3100
pusaterim@gtlaw.com

Michael J. Grygiel (*pro hac vice*)
Cynthia E. Neidl (*pro hac vice*)
54 State Street, 6th Floor
Albany, New York 12207
Tel: (518) 689-1400
grygielm@gtlaw.com
neidlc@gtlaw.com

*Attorneys for Defendant Ta Kung Pao*

# CERTIFICATE OF SERVICE

I hereby certify that on February 25, 2022, the undersigned served the foregoing Joint Stipulation of Dismissal With Prejudice on all parties of record via the Court's CM/ECF system.

/s/ *Daniel S. Ward*